UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN CAVANAUGH,<br><br>        Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | Case No. 15-cv-04230-VC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 23 |

    The Court held a case management conference on January 19, 2016 at 1 pm. Counsel for the defendant appeared, but counsel for the plaintiff did not. Accordingly, the plaintiff is ordered to show cause why the case shouldn't be dismissed for failure to prosecute. The plaintiff must file a response to the order to show cause by Friday, January 29, 2016.

    **IT IS SO ORDERED.**

Dated: January 19, 2016

_____
VINCE CHHABRIA
United States District Judge